UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor-by-merger to Wachovia Bank, National Association,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS RONSON, et al.,<br><br>Defendants. | CIVIL FILE NO.:<br>2:15-CV-00025-LGW |



## ORDER GRANTING MOTION TO TERMINATE RECEIVERSHIP AND DISCHARGE RECEIVER

This matter is before the Court on the "Joint Motion for Termination of Receivership and to Discharge Receiver" filed by the Plaintiff and the Settling Defendants Chris Ronson, Theodore J. Manos and Hidden Harbor of the Golden Isles, LLC.

Having considered the Motion, the Court finds that cause exists to grant the relief requested therein. Accordingly, it is hereby

ORDERED that the Motion is GRANTED;

ORDERED that the Receiver and his employees, agents, attorneys and representatives are hereby discharged of all duties, liabilities and responsibilities in this proceeding;

ORDERED that the Receivership over the Property is hereby terminated; and

ORDERED that this Order is without prejudice to the Receiver's limited authority to process additional checks or refunds that might come to his attention and to process such checks or refunds as appropriate.

SO ORDERED by the Court this 25 day of October, 2016.

_____
Honorable Lisa Godbey Wood
Chief United States District Judge
Southern District of Georgia